ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE, NEW YORK, NY 10103
TELEPHONE: (212) 506-5000
FACSIMILE: (212) 506-5151

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER WALKER,

    Plaintiff,

    v.

WYETH PHARMACEUTICALS, INC.,

    Defendant.

Case No. 08-cv-7640 (KMK)(LMS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            : ss.:
COUNTY OF NEW YORK )

    Thomas Backiel, being duly sworn, deposes and says:

    1.    I am over the age of 18 years and am not a party to this action, and am employed by Orrick, Herrington & Sutcliffe LLP.

    2.    On the 29th day of August, 2008, I served a true copy of the Civil Cover Sheet, Notice of Removal, Rule 7.1 Statement, Individual Rules of Judge Karas and Magistrate Judge Smith and Electronic Case Filing and Instructions by depositing with Federal Express overnight delivery a true and correct copy thereof, enclosed in a sealed envelope, addressed to:

    The Law Offices of Steven A. Morelli
    Steven A. Morelli, Esq.
    One Old County Road, Suite 347
    Carle Place, New York 11514

                                                          _____
                                                          Thomas Backiel

Sworn to before me this
3rd day of September, 2008

_____
Notary Public

ARTHUR D. BERNARD
Notary Public, State of New York
No. 4906997
Qualified in New York County
Commission Expires May 21, 20__

OHS EAST:160472999.1
6390-269 TB9/TB9